**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Jesus Tovar Garay | ) | Case no. 25-18517 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Deborah L. Thorne |

Jesus Tovar Garay
213 Meadowbrook Dr
Bolingbrook, IL 60440-2435

ROBSON & LOPEZ LLC
121 S Western Ave #1
Chicago,IL 60612

## NOTICE OF MOTION

Please take notice that on Wednesday, September 16, 2026 at 9:30 am, a representative of this office shall appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge 's place, either in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee 's motion a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** use this link: https//www.zoomgov.com/join. Then enter the meeting ID.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID.** The meeting ID for this hearing is **160 9362 1728.** The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

/s/ Gerald Mylander
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888
mylander_j@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Jesus Tovar Garay | ) | Case no. 25-18517 |
| | ) | Chapter 13 |
| Debtor | ) | Judge: Deborah L. Thorne |

## CERTIFICATE OF SERVICE

I, Carrie ODonnell,

☐ an attorney, certify

or

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown below at the address shown and by the method indicated on August 12, 2026 at 5:00p.m. .

| | |
|---|---|
| ROBSON & LOPEZ LLC<br>121 S Western Ave #1<br>Chicago,IL 60612 | via CM/ECF |
| Jesus Tovar Garay<br>213 Meadowbrook Dr<br>Bolingbrook, IL 60440-2435 | U.S. mail |

/s/ Carrie ODonnell
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888
mylander_j@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Jesus Tovar Garay | ) | Case no. 25-18517 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Judge: Deborah L. Thorne |
| | ) | |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on December 02, 2025.
2. The debtor's plan was confirmed on February 19, 2026.
3. Initial plan term: 60 Months.
4. Months since petition filed: 8.
5. Report date: August 11, 2026.

A Summary of the debtor's plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,074.00 | Last Payment Received: | June 02, 2026 |
| Amount Paid: | $5,266.80 | Amount Delinquent: | $3,121.60 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

/s/ Gerald Mylander
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888
mylander_j@lisle13.com